IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>EMANUEL PAUL HARRIS,<br><br>Debtor. | CASE NO. 19-69044-pmb<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE PAUL BAISIER |

## OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW Wells Fargo Bank, N.A., (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 2706 Fern Valley Dr, East Point, GA 30344-6620, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $30,793.72, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $27,991.00 with monthly disbursements on this claim in the amount of $450.00. Debtor has underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Bryce Noel
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: BNoel@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>EMANUEL PAUL HARRIS,<br><br>Debtor. | Case No. 19-69044-PMB<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the December 27, 2019, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on the December 27, 2019, in the manner indicated:

**The following parties have been served via e-mail**:

Kenneth Mitchell
gmapclaw1@gmail.com

Melissa J. Davey
mail@13trusteeatlanta.com

**The following parties have been served via U.S. First Class Mail**:

Emanuel Paul Harris
2706 Fern Valley Drive
Atlanta, GA 30344

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 27, 2019         Signature: /s/Tori Ward
                                 Printed Name: TORI WARD
                                 Address:   Aldridge Pite, LLP
                                            4375 Jutland Drive, Suite 200
                                            P.O. Box 17933
                                            San Diego, CA 92177-0933
                                 Phone:     (858) 750-7600
                                 Fax:       (619) 590-1385