

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

IN PROCEEDINGS:

1969044

DEBTOR(S):

EMANUEL PAUL HARRIS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $3,286.76

CREDITOR'S SIGNATURE:

/s/ Stacie Rhoades

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/5/2020